# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KONDAUR CAPITAL CORPORATION, | NO. 3:19-CV-0424 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE SAPORITO) |
| SCOTT STROUP, *et al.*, | |
| Defendants. | |

## ORDER

**NOW**, this 26th day of April, 2019, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED**.

(2) The action is **REMANDED** to the Court of Common Pleas of Carbon County, Pennsylvania for lack of subject matter jurisdiction.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge